# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 26, 2025

## NO. 03-23-00511-CV

**Kasey Cobb, Appellant**

**v.**

**Paul Dennis, Appellee**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE CRUMP**

This is an appeal from an order modifying the parent child relationship signed by the trial court on August 16, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order modifying the parent child relationship. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.